1

2

3

4

5

6

7

8                               IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MAXWELL THIRSTFIELD                              No. C 14-05319 EJD (PR)

12            Petitioner,
                                                      ORDER OF DISMISSAL
13      v.

14   LAURIE SMITH,

15            Respondent.

16   _____/

17

18        On December 3, 2014, Petitioner, who appears to be a pretrial detainee proceeding pro

19   se, filed a document entitled "Habeas Corpus New Case... Federal Jurisdiction: United States

20   Constitution...."[1]  (Docket No. 1.)  On the same day, the Clerk sent Petitioner a notice that he

21   must file a proper petition along with the court's form petition.  (Docket No. 2.)  Petitioner

22   was sent a separate notice stating that the action was deficient because he did not pay the

23   filing fee or file an In Forma Pauperis Application.  (Docket No. 3.)  Both notices advised

24   Petitioner to respond within twenty-eight days to avoid dismissal of the action.  (See Docket

25   Nos. 2 & 3.)

26   ///

27   _____

28        [1]The matter was reassigned to this Court on January 8, 2015, after Petitioner did not file
     consent to magistrate jurisdiction in the time provided.  (See Docket Nos. 4 & 6.)

Order of Dismissal; Granting IFP
P:\PRO-SE\EJD\HC.14\05319Thirstfield_dism-ifp.wpd

1        The deadline has since passed, and Petitioner has failed to respond.   Accordingly, this

2   case is **DISMISSED** without prejudice for failure to file a petition and pay the filing fee.

3        The Clerk shall terminate any pending motions and close the file.

4

5   DATED: _____1/14/2015_____        _____

6                                                   EDWARD J. DAVILA
                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of  Dismissal; Granting IFP
P:\PRO-SE\EJD\HC.14\05319Thirstfield_dism-ifp.wpd                2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAXWELL THIRSTFIELD,

              Petitioner,

   v.

LAURIE SMITH,

              Respondent.

_____ /

Case Number: CV14-05319 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____1/15/2015_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maxwell Thirstfield #13046124
County Jail
885 North San Pedro
San Jose, CA 95110

Dated: _____1/15/2015_____

                    Richard W. Wieking, Clerk
             /s/ By: Elizabeth Garcia, Deputy Clerk